# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ADRIAN L. LACEY,                          :

    Plaintiff,                        :

vs.                                       :    CIVIL ACTION 13-0459-WS-N

T. WHITTINGTON, et al.,                   :

    Defendants.                       :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that, prior to service of process, plaintiff's damages claims be and are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), his injunctive relief claim be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i), and this entire action be and is hereby **DISMISSED**.

**DONE** this 6th day of March, 2014.

                **s/WILLIAM H. STEELE**
                **CHIEF UNITED STATES DISTRICT JUDGE**